UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

O'GARRY L. CLARKE                                                                    PETITIONER

V.                                                         CIVIL ACTION NO. 3:17-CV-240-DPJ-FKB

WARDEN LARRY SHULTS                                                                  RESPONDENT

ORDER

This action by a federal prisoner for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is before the Court on the Report and Recommendation [12] of Magistrate Judge F. Keith Ball. Judge Ball recommended denial of the petition. Petitioner has not filed an Objection, and the time to do so has passed.[1]

Accordingly, the Court finds the Report and Recommendation should be adopted as the opinion of the Court. This habeas petition is dismissed.

A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 8th day of April, 2019.

                                                     s/ *Daniel P. Jordan III*
                                                     CHIEF UNITED STATES DISTRICT JUDGE

---

[1] On March 25, 2019, the Report and Recommendation was returned as undeliverable [13]. The Court previously warned Petitioner that "his failure to keep this Court informed of his current address will result in the dismissal of this case." Order [4] at 2.